**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 25 EAL 2022

           Respondent                 :

                                        :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court

              v.                     :

                                        :

TYRIK GREEN,                          :

           Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 6th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.